IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00506-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

RONDEL WRIGHT,

    Defendant.

---

**ORDER DISMISSING PARTY WITH PREJUDICE AND CLOSING CASE**

---

    THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant Rondel Wright and the Action With Prejudice (ECF No. 33), filed on October 6, 2015.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Rondel Wright shall be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

    ORDERED that Defendant Rondel Wright is **DISMISSED WITH PREJUDICE** from this action.  No other defendants remain in this action.  Therefore, it is

    FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of Rondel Wright and close the case.

    Dated: October 7, 2015.

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           Senior United States District Judge